USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

## HANG & ASSOCIATES, PLLC FILED **MAR 2 3 2021**

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

**SO ORDERED**

**Via ECF**
Hon. George B. Daniels
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The initial conference is adjourned from
March 24, 2021 to May 19, 2021 at 9:30 a.m.

MAR 2 3 2021  *George B. Daniel*
HON. GEORGE B. DANIELS

March 18, 2021

**Re: Yan v. Renew Body Wellness Inc. et al
CASE #: 20-cv-09401**

Joint Letter Motion for Adjournment of Initial Conference

Dear Your Honor,

We are the counsels representing the Parties in the above matter. Pursuant to Court's scheduling order on November 12, 2021,  the initial conference is scheduled on March 24, 2021. (Doc. 11)

On January 22, 2021, Court issued Mediation Referral Order. (Doc. 26)  Parties have been actively engaged in discussion with mediator Ms. Mary O' Connell. The mediation is scheduled for April 30, 2021 via Zoom methods.

Since cases under Fair Labor Standard Act often benefits from early settlement, to avoid the waste of judicial resources, we believe it serves the best interest to adjourn the initial conference on March 24, 2021.

Therefore, parties jointly request the Court adjourn the conference.

We appreciate the court's attention and time on this matter.

/s/*Jiajing Fan*
Jiajing Fan, Esq.
Hang & Associates, PLLC.
136-20 38th Ave., Suite 10G,
Flushing, NY 11354
Phone: 718-353-8588
Email: jfan@hanglaw.com
*Attorneys for Defendants*