```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HONG YAN,

                                         Plaintiff,                        20-CV-09401 (GBD)(SN)

    -against-                                                          **ORDER**

RENEW BODY WELLNESS, INC., et al.,
                                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 3, 2022, the Honorable George Daniels referred this case to my docket for general pretrial management, Plaintiff's Motion for Sanctions, and a dispositive motion. ECF Nos. 38, 40. A call is scheduled for Thursday, January 6, 2022, at 4:00 p.m. to discuss Plaintiff's Motion for Sanctions. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       January 4, 2022
                  New York, New York