```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HONG YAN,

                **Plaintiff,**                        20-CV-09401 (GBD)(SN)

    -against-                                          **ORDER**

**RENEW BODY WELLNESS, INC., et al.,**

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       At the parties' request, the conference scheduled for January 6, 2022, at 4:00 p.m. was adjourned. <u>See</u> ECF No. 41. The conference is rescheduled for Thursday, January 20, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

DATED:   January 7, 2022
               New York, New York