USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HONG YAN,

                Plaintiff,

  -against-

RENEW BODY WELLNESS, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

20-CV-09401 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The conference currently scheduled for January 20, 2022, at 11:00 a.m. is RESCHEDULED for 1:30 p.m. that same day. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 19, 2022
             New York, New York