UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HONG YAN,

                             Plaintiff,                        20-CV-09401 (GBD)(SN)

          -against-                                            **ORDER**

RENEW BODY WELLNESS, INC., et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 26, 2022, Plaintiff filed his First Amended Complaint. ECF No. 65. On July 27, 2022, a notice was filed on the docket informing Plaintiff's counsel of certain deficiencies. By August 15, 2022, Plaintiff is ordered to re-file the First Amended Complaint in accordance with the Court's instructions. If Plaintiff's counsel requires assistance, she should contact the ECF Help Desk at 212-805-0800.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     New York, New York
                August 12, 2022