LAW OFFICE OF AIHONG YOU
Aihong You, Esq.
99 Hudson Street, 5th Floor
New York, New York 10013
Tel: (917) 412-3603
Fax: (732) 909-2214
aihong.you@aihonglaw.com
*Attorneys for Plaintiff, Individually
and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Hong Yan, on behalf of themselves and all others similarly situated<br><br>                              Plaintiffs,<br>     -against-<br><br>Renew Body Wellness, Inc., NYC Renew Body Wellness, Inc, d/b/a Renew Body Wellness, Jun Li, Jian Sima, Eddie Loh, John Does #1-10, Jane Does #1-10, and Company ABC #1-10<br><br>                              Defendants | Civil Action No.: 1:20-cv-09401-GBD<br><br>FINAL JUDGMENT<br><br>*Complaint Filed: November 10, 2020* |

      Plaintiff, Hong Yan ("Plaintiff"), having commenced this action by filing his Complaint herein for violation of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"), and Plaintiff and Defendants, Renew Body Wellness, Inc., NYC Renew Body Wellness, Inc, d/b/a Renew Body Wellness, Jun Li, Jian Sima, Eddie Loh (collectively, "Defendants") by their attorneys, having consented to the entry of this Final Judgment without

trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Final Judgment constituting any evidence against or an admission by the Defendants with respect to any such issue:

**NOW, THEREFORE,** before the taking of any testimony and without trial or adjudication of any issue of fact or law herein, and upon the consent of the parties hereto, it is hereby

**ORDERED, ADJUDGED, AND DECREED** as follows:

I. The Court has jurisdiction of the subject matter of this action and of the Plaintiff and the Defendants. The Complaint states a claim upon which relief can be granted against the Defendants under the FLSA pursuant to 29 U.S.C. §216(b).

II. Judgment is hereby entered in this matter in favor of Plaintiff and against Defendants, Renew Body Wellness, Inc., NYC Renew Body Wellness, Inc, d/b/a Renew Body Wellness, Jun Li, Jian Sima, Eddie Loh. Defendants Renew Body Wellness, Inc., jointly and severally. NYC Renew Body Wellness, Inc, d/b/a Renew Body Wellness, Jun Li, Jian Sima, Eddie Loh is hereby ordered to pay a civil penalty in the amount of $60,000 jointly and severally. Payment of the civil penalties ordered hereby shall be made by certified funds, payable to Law Office of Aihong You, Attorney Trust Account, and delivered to Law Office of Aihong You, 99 Hudson Street, 5th Floor, New York, NY 10013. Defendants shall pay the first installment amount of $25,000 within 7 days of the Clerk's entry of judgment pursuant to this order, provided that Defendants are provided with executed IRS Form W-9s from Plaintiff and Plaintiff's counsel; Second Installment of $2,916.67 to be paid within 30 days of the First Installment; Third through twelfth installment of $2,916.67 to paid within 30 days of

the previous Installment becoming due; and Thirteenth installment of $2,916.63 to paid within 30 days of the Twelfth Installment.

III. Each party shall bear its own costs of this action.

Dated: _____, 2022

_____
United States District Judge